# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | **3:09-md-02100-DRH** **MDL No. 2100** |

**This Document Relates To:**

| | |
|---|---|
| *Kimberly Rogers v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12556-DRH |
| *Lindsay Rush v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13346-DRH |
| *Jenna Sandridge v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10332-DRH |
| *Marcia Santagato v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12667-DRH |
| *Brenda Scott v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12712-DRH |
| *Tiffany Seaton v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12842-DRH |
| *Elizabeth Shell v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11671-DRH |
| *Misty Smith v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12547-DRH |
| *Cynthia Solien v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10336-DRH |
| *Kolby Spencer v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12336-DRH |
| *Kortney Stevens v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10270-DRH |
| *Manda Stice v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13775-DRH |

| | |
|---|---|
| *Shiane Stone v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12666-DRH |
| *Ashley Strunk v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10589-DRH |
| *Justine Sullivan v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10582-DRH |
| *Tarah Sutherland v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12710-DRH |
| *Jody Tanner v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12008-DRH |
| *Stephanie Taylor-Foy v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12369-DRH |
| *Miranda Tilger v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10785-DRH |
| *Susan Tinker v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10342-DRH |
| *Wendy Toral v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11648-DRH |
| *Toby Trachy v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13167-DRH |
| *Amy Tritschler v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10315-DRH |
| *Osry Tsudama v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10583-DRH |
| *Elisabeth Ulmer v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12557-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 22, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> **BY:**  _/s/_*Caitlin Fischer*
> **Deputy Clerk**

Date: October 22, 2014

Digitally signed by
David R. Herndon
Date: 2014.10.22
14:37:17 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT

3